# CRIMINAL COMPLAINT
(Electronically Submitted)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Sabri Ahmed** DOB: 1995; Iraq | DOCKET NO. |
| | MAGISTRATE'S CASE NO.<br>20-08962MJ |

Complaint for violation of Title 8 United States Code § 1324(a)(1)(A) (ii), 1324(a)(1)(A)(v)(I) and 1324(a)(1)(B)(i).

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**
**COUNT 1 (Felony)** On or about October 23, 2020, in the District of Arizona, **Sabri Ahmed**, named herein as defendant and conspirator, did knowingly and intentionally combine, conspire, confederate, and agree with other persons, known and unknown, to transport certain illegal aliens, including Victoria Galvez-Hernandez, Leovardo Panzo-Medrano, and Ramon Temoxtle-Gonzalez, and did so for the purpose of private financial gain; in violation of **Title 8, United States Code, Sections 1324(a)(1)(A) (ii), 1324(a)(1)(A)(v)(I), and 1324(a)(1)(B)(i)**.

**COUNT 2 (Felony)** On or about October 23, 2020, in the District of Arizona, **Sabri Ahmed**, knowing and in reckless disregard of the fact that certain illegal aliens, including Victoria Galvez-Hernandez, Leovardo Panzo-Medrano, and Ramon Temoxtle-Gonzalez, had come to, entered and remained in the United States in violation of law, did transport and move said aliens within the United States by means of transportation and otherwise, in furtherance of such violation of law and did so for the purpose of private financial gain; in violation of **Title 8, United States Code, Sections 1324(a)(1)(A) (ii) and 1324(a)(1)(B)(i)**.

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**
On or about October 23, 2020, in the District of Arizona (Douglas), United States Border Patrol Agents (BPA) responded to assist an Arizona Department of Public Safety Officer with a vehicle stop. The officer stopped a 2015 Nissan Altima because it had an expired registration. The driver was identified as **Sabri Ahmed**. Four passengers were also encountered, three adults and one unaccompanied juvenile. The passengers admitted to the agent they were in the U.S. illegally. The three adult passengers were identified as Victoria Galvez-Hernandez, Leovardo Panzo-Medrano, and Ramon Temoxtle-Gonzalez.

Material witnesses, Galvez, Panzo, and Temoxtle said that arrangements to be smuggled into the United States for money were made. All three admitted they crossed the U.S. border illegally and spent one night in the desert. Galvez said they were eventually picked up by a grey vehicle. Galvez said the driver unlocked, opened the door for them, and told them to get in. They were wearing camouflage clothing and carpet shoes when they got in. Galvez identified Ahmed as the driver in a photo line-up. Panzo and Temoxtle did not identify the driver.

In a post-*Miranda* statement, **Ahmed** said he agreed to pick up four illegal aliens for $550 U.S. dollars each. He was going to transport them from Hereford, AZ to Phoenix, AZ but was stopped on SR-80. He said he attempted to pick up illegal aliens for money on two prior occasions.

MATERIAL WITNESSES IN RELATION TO THE CHARGE: Victoria Galvez-Hernandez, Leovardo Panzo-Medrano, and Ramon Temoxtle-Gonzalez.

| Detention Requested<br>Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.<br>AUTHORIZED BY: AUSA JAA/ri | SIGNATURE OF COMPLAINANT<br><br>OFFICIAL TITLE<br>Border Patrol Agent |
|---|---|
| Sworn by telephone _x_ | |
| SIGNATURE OF MAGISTRATE JUDGE | DATE<br>October 26, 2020 |

1) See Federal rules of Criminal Procedure Rules 3, 4.1, and 54